AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____Southern_____ DISTRICT OF _____New York_____

JAMES CONN, Individually and On Behalf
of All Others Similarly Situated,
                           Plaintiff,

   -against-

MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL,
JEFFREY N. EDWARDS, LAWRENCE A. TOSI,
ARMANDO M. CODINA, VIRGIS W. COLBERT, ALBERTO
CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS,
AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N.
REESE, and CHARLES O. ROSSOTTI,

                          Defendants.

**APPEARANCE**

Case Number: 07 CV 11626

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for

   Lawrence A. Tosi

   I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/7/2008 | _(signature)_ |
| Date | Signature |
| | Gandolfo V. DiBlasi     GD 5913 |
| | Print Name     Bar Number |
| | Sullivan & Cromwell LLP 125 Broad Street |
| | Address |
| | New York     NY     10004 |
| | City     State     Zip Code |
| | (212) 558-4000     (212) 558-3588 |
| | Phone Number     Fax Number |