AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF New York

JAMES CONN, Individually and On Behalf
of All Others Similarly Situated,
                            Plaintiff,
   -against-
MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL,
JEFFREY N. EDWARDS, LAWRENCE A. TOSI,
ARMANDO M. CODINA, VIRGIS W. COLBERT, ALBERTO
CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS,
AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N.
REESE, and CHARLES O. ROSSOTTI,
                            Defendants.

**APPEARANCE**

Case Number: 07 CV 11626

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Lawrence A. Tosi

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/7/2008 | *[signature]* |
| Date | Signature |
| | Jane J. Jaang      JJ 3670 |
| | Print Name      Bar Number |
| | Sullivan & Cromwell LLP 125 Broad Street |
| | Address |
| | New York      NY      10004 |
| | City      State      Zip Code |
| | (212) 558-4000      (212) 558-3588 |
| | Phone Number      Fax Number |