SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-27-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

James Conn, Individually, et al.              Plaintiff,

                                                      07 cv 11626    (LBS)

            - against -

Merrill Lynch & CO., et al.          Defendant.

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of  Adam Prussin  attorney for Plaintiff James Conn

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

   Applicant's Name:   Mark C. Molumphy
   Firm Name:          Cotchett Pitre & McCarthy
   Address:            840 Malcolm Road, Ste. 200
   City/State/Zip:     Burlingame, CA 94010
   Telephone/Fax:      650-697-6000/ 650-697-0577
   Email Address:      mmolumphy@cpmlegal.com

is admitted to practice pro hac vice as counsel for Plaintiff James Conn in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State: 2/24/0C

                                             _____
                                             United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $   SDNY RECEIPT#
SDNY Form Web 10/2006