UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DAVID EIDMAN,                                          :
                                                       :
                              Plaintiff,     :     08 Civ. 03392 (LBS)
                                                       :
     -against-                                       :
                                                       :     **ECF CASE**
ERNEST STANLEY O'NEAL, et al.                          :     **Electronically Filed**
                                                       :
                            Defendants.    :
-----------------------------------------------------------------x
In re: MERRILL LYNCH & CO., INC.,                      :     Master File No.
Securities, Derivative & ERISA Litigation              :     07 Civ. 9633 (LBS)
                                                       :
-----------------------------------------------------------------x     MDL No. 1933

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff David Eidman ("Plaintiff") hereby voluntarily dismisses the action <u>Eidman v. O'Neal et al,</u> 08 Civ. 03392 (LBS) against all defendants without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).

Dated: New York, New York
       August 8, 2008

                                            Respectfully submitted,

                                            **HORWITZ, HORWITZ & PARADIS**
                                            **Attorneys at Law**

                                            By:  <u>/s Michael A. Schwartz</u>
                                            Michael A. Schwartz (MS2352)
                                            28 West 44th Street
                                            New York, NY 10036
                                            Tel:  (212) 404-2200
                                            Fax:  (212) 404-2226

                                            **LAW OFFICES OF JAMES V.
                                            BASHIAN, P.C.**
                                            James V. Bashian (JB-6331)
                                            271 Route 46 West, Suite F207

Fairfield, New Jersey 07004
Tel: (973) 227-6330
Fax: (973) 808-8665

*Attorneys for Plaintiff David Eidman*

## CERTIFICATE OF SERVICE

I, Michael A. Schwartz, hereby certify that I caused a true and correct copy of **PLAINTIFF DAVID EIDMAN'S NOTICE FOR VOLUNTARY DISMISSAL** to be served via ECF upon the following counsel of record on August 8, 2008:

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Jay B. Kasner<br>Christopher P. Malloy<br>Scott D. Musoff<br>Joanne Gaboriault<br>Four Times Square<br>New York, NY 10036<br>Phone: (212) 735-3000<br>Fax: (212) 735-2000<br><br>Attorneys for Nominal Defendant Merrill Lynch & Co. | CLIFFORD CHANCE<br>George Schieren<br>Mark Holland<br>31 West 52nd Street<br>New York, New York 10019<br>Phone: (212) 878-8000<br>Fax: (212) 878-8375<br><br><br><br><br>Attorneys for Defendants Citigroup Global Markets, Morgan Stanley & Co., UBS Securities and Wachovia Capital Services |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>Brad Karp<br>Charles Davidow<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Phone: (212) 373-3000<br>Fax: (212) 757-3990<br><br>Attorneys for Defendant Deloitte & Touche LLP | WEIL GOTSHAL & MANGES LLP<br>Joseph S. Allerhand<br>Jonathan D. Polkes<br>Erin J. Law<br>767 Fifth Avenue<br>New York, New York 10153<br>Phone: (212) 310-8000<br>Fax: (212) 310-8007<br><br>Attorneys for Defendant Greg Fleming |
| MILBANK TWEED HADLEY & McCLOY LLP<br>James N. Benedict<br>George Canellos<br>Andrew Robertson<br>One Chase Manhattan Plaza<br>New York, New York 10005 | WILLKIE FARR & GALLAGHER LLP<br>Michael R. Young<br>Richard Bernstein<br>Mei Lin Kwan-Gett<br>787 Seventh Avenue<br>New York, New York 10019<br>Phone: (212) 728-8000 |

| | |
|---|---|
| Phone: (212) 530-5000<br>Fax: (212) 530-5219<br><br>Attorneys for Defendant Ahmass Fakahany | Fax: (212) 728-8111<br><br>Attorneys for Defendant Jeffrey Edwards |
| CADWALADER, WICKERSHAM & TAFT LLP<br>Dennis J. Block<br>Gregory A. Markel<br>Jason M. Halper<br>One World Financial Center<br>New York, New York 10281<br>Phone: (212) 504-6000<br><br>Attorneys for Defendants Carol T. Christ, Armando M. Codina, Virgis W. Colbert, Alberto Cribiore, John D. Finnegan, Judith Mayhew Jonas, Joseph W. Prueher, Ann N. Reese and Charles O. Rossotti | BROWER PIVEN, P.C.<br>David A.P. Brower<br>488 Madison Avenue, Eighth Floor<br>New York, New York 10022<br>Phone: (212) 501-9000<br>Fax: (212) 501-0300<br><br>Liaison Counsel and Executive Committee Counsel for Derivative Plaintiffs |
| SAXENA WHITE P.A.<br>Joseph E. White, III<br>Christopher S. Jones<br>2424 North Federal Highway, Suite 257<br>Boca Raton, FL 33431<br>Phone: (561) 394-3399<br>Fax: (561) 394-3382<br><br>Executive Committee Counsel for Derivative Plaintiffs | JOHNSON BOTTINI, LLP<br>Francis Bottini<br>655 W. Broadway, Suite 1400<br>San Diego, CA 92101<br>Phone: (619) 230-0063<br>Fax: (619) 233-5535<br><br>Executive Committee Counsel for Derivative Plaintiff |

        /s Michael A. Schwartz
        Michael A. Schwartz